# CLARK HILL

Jonathan D. Klein
Direct Dial 215.640.8535
Email: jklein@clarkhill.com

Clark Hill PLC
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103
T 215.640.8500
F 215.640.8501

clarkhill.com

April 11, 2018

**VIA ECF**

The Honorable Vera Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Hammer v. Bank of America, N.A., et al.**
**United States District Court, Eastern District of New York**
**Civil Action No. 17-06602**

Dear Judge Scanlon:

This firm represents Defendant Equifax Information Services, LLC (hereafter "Equifax") in the above-captioned matter. I write to respectfully request permission to appear at the status conference scheduled for April 18, 2018 at 3:00 p.m. by telephone to avoid the expense to Equifax for me to travel from Philadelphia, Pennsylvania to Brooklyn, New York. I can assure the Court that if granted the option to appear telephonically, I will be just as active and available for the duration of the status conference as if I was physically present.

Thank you for your time and consideration.

Respectfully submitted,

CLARK HILL PLC

Jonathan D. Klein

cc: All counsel of record (*via ECF*)