Record of Conference and Orders: Vera M. Scanlon, USMJ       Date: 7/18/2018

Case: Hammer v. Bank of America, N.A. et al       Telephone Conf. @ 3:15 PM

Civ. A 1:17-cv-06602-ILG-VMS

ECF Recording in 13A South:       ☒ Telephone Conference       ☐ In-person Conference

3:23 — 3:49

Counsel: *(See separately docket entry or document for specific appearances)*
☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☒ Discovery Conference ☐
☐ JPTO Conference     ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder       ☐ To be served   ☐ To be filed

    ☐ Complaint ☐ Answer       ☐ On consent ☐ By motion ☐ By PMC letter

☒ Joint status letter ☐ Stip of dismissal to be filed       9/14/18

☒ Status conference       Date: 9/26/18   Time: 12:00 PM ★

    ☐ In person ☐ Telephone (718) 613-2300       To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated       ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed       ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference       Date:       Time:

The 9/12/18 Conf is adjourned.

1/2

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Hammer                             Civ. A. 17-6602

Date: 7/18/2018

**Additional Orders:**

Counsel for π made a late production of its letters raising alleged discovery disputes.

Ds are to respond to π's letter by 8/17.

Counsel are to confer with π counsel by 9/7/18.

Any outstanding discovery issues are to be raised in a joint status letter to the Court by 9/14/18.