LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

SENDER
ADAM G. SINGER
EMAIL
ASINGER@ADAMSINGERLAW.COM

DIRECT DIAL
(212) 842 – 2428
FACSIMILE
(212) 658 – 9682

October 11, 2018

**VIA ECF**
The Honorable I. Leo Glasser
Senior Judge
U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Hammer v. Bank of America, N.A. et al.: 1:17-cv-06602**
        *Notice of Settlement in Principle between Plaintiff and*
        *Defendant Experian Information Solutions, Inc. only*

Dear Judge Glasser:

    This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), I write to inform the Court that these parties (a) have reached a confidential settlement in principle of Plaintiff's claims against Experian in the Action, and (b) intend to move expeditiously to finalize the terms of settlement and execute a formal settlement agreement ("Agreement"). When the settlement between these parties is finalized and all conditions of the Agreement are satisfied, Plaintiff and Experian, will, unless the Court directs otherwise, file a joint stipulation and proposed order dismissing all claims against Experian with prejudice.

Respectfully submitted,

*/s/ Adam G. Singer*

Adam G. Singer

[Handwritten annotation: Adjourned to 11/1/18 or sooner if settlement not complete for a before then kept out. So Ordered. /s/ ILG USDJ 10/11/18]

ROCKLAND
75 MONTEBELLO ROAD
SUFFERN, NY 10901

WWW.ADAMSINGERLAW.COM

WESTCHESTER
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601